UNITED STATES of America, Plaintiff–Appellee,

v.

Tommie J. QUINN, a.k.a. The Stik, Defendant–Appellant.

No. 07–15094
Non–Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

June 11, 2008.

Roberta Josephina Bodnar, U.S. Attorney's Office, Orlando, FL, for Plaintiff–Appellee.

Clarence W. Counts, Jr., R. Fletcher Peacock, Orlando, FL, for Defendant–Appellant.

Before BIRCH, DUBINA and BARKETT, Circuit Judges.

PER CURIAM:

Tommie J. Quinn appeals his 210–month sentence for receiving and distributing child pornography materials, in violation of 18 U.S.C. § 2252(a)(2), (b)(1). On appeal, Quinn argues that his sentence was unreasonable because the district court failed to adequately consider the 18 U.S.C. § 3553(a) factors. Quinn contends that the court focused primarily on one § 3553(a) factor, the nature and circumstances of his offense, without also consid-

---

ering that he had not committed any crimes in the year prior to his self-surrender, that the doctor who examined him opined that he was not a pedophile, and that he had a history of depression.

After careful review, we find that Quinn's sentence was both procedurally and substantively reasonable. *Gall v. United States,* —— U.S. ——, 128 S.Ct. 586, 597–98, 169 L.Ed.2d 445 (2007); *United States v. Agbai,* 497 F.3d 1226, 1229 (11th Cir.2007). The court correctly calculated the Guidelines' range and expressly stated that it had considered the § 3553(a) factors. Furthermore, in imposing the 120–month sentence—at the low end of the Guidelines' range—the court provided a reasoned basis for imposing Quinn's sentence. Thus, we affirm Quinn's sentence.

**AFFIRMED.**